ANDREW GREER
REG. NO. 27297-078
USP COLEMAN I
U.S. PENITENTIARY
P.O. BOX 1033
COLEMAN, FL 33521

**RECEIVED**
MAY 24 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

May 22, 2023

Mr. David O'Toole
Clerk of Court
U. S. District Court
Eastern District of Texas
Sherman Division
101 East Pecan Street, Room 216
Sherman, Texas 75090

    RE:   *Greer v. United States*
              Civil No. 4:23-cv-483
              Crim No. 4:17-cr-00094-MAC-CAN-1

Dear Mr. O'Toole:

    Enclosed please find and accept for filing Movant's Motion under 28 U.S.C. § 2255(f)(3) to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and Memorandum of Law in Support thereof. Please submit these documents to the Court.

    Thank you for your assistance in this matter.

                            Sincerely,

                            ANDREW GREER
                            Appearing *Pro Se*

*Encl. as noted*