Andrew Greer #27297-078
Federal Correctional Complex
U.S.P. Coleman-1
P.O. Box 1033
Coleman, FL 33521

LEGAL MAIL

RECEIVED
MAY 25 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Mr. David O'Toole
Clerk of Court
U.S. District Court
Eastern District of Texas
Sherman Division